

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-25-2004

# Imad Musa Ahmed Musa v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-4267

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Imad Musa Ahmed Musa v. Atty Gen USA" (2004). *2004 Decisions.* Paper 583.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/583

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 02-4267

IMAD MUSA AHMED MUSA,

Petitioner

v.

JOHN ASHCROFT, ATTORNEY GENERAL
OF THE UNITED STATES OF AMERICA,

Respondent

ON PETITION FOR REVIEW OF AN ORDER
OF THE BOARD OF IMMIGRATION APPEALS
(No. A-94-006-556)

Submitted Under Third Circuit LAR 34.1(a)
June 15, 2004

Before: ALITO, SMITH, and BECKER, Circuit Judges

(Opinion Filed:  June 25, 2004)

OPINION OF THE COURT

PER CURIAM:

Imad Musa petitions for review of the denial by the Board of Immigration Appeals

(BIA) of his application for asylum and other relief. On February 12, 2004, the BIA ruled that, certain irregularities in the original disposition of Musa's case by the Immigration Judge (IJ) having been brought to its attention, the prior decision of the Board was to be vacated and the case remanded to the IJ "for further proceedings and for the entry of a new decision." Accordingly, there is no longer any "final order of removal" extant that this Court has jurisdiction to review. See 8 U.S.C. § 1252(a)(1); Calcano-Martinez v. INS, 533 U.S. 348, 350 (2001). We therefore dismiss Musa's petition for lack of jurisdiction, without prejudice to whatever right he may have to raise his claims before this Court at a later date, should the occasion arise. Cf. Lopez-Ruiz v. Ashcroft, 298 F.3d 886 (9th Cir. 2002) (dismissing review petition for lack of jurisdiction where BIA has granted motion to reopen).